1  SEYFARTH SHAW LLP
   Thomas R. Kaufman (SBN 177936)
2  (tkaufman@seyfarth.com)
   Lorraine H. O'Hara (SBN 170153)
3  (lohara@seyfarth.com)
   Mariana Aguilar (SBN 208726)
4  (maguilar@seyfarth.com)
   2029 Century Park East, Suite 3500
5  Los Angeles, California 90067-3021
   Telephone: (310) 277-7200
6  Facsimile: (310) 201-5219

7  Attorneys for Defendants
   KAISER FOUNDATION HOSPITALS and
8  KAISER FOUNDATION HEALTH PLAN, INC.

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| YVETTE SMITH, an individual, TIM DODSON, an individual, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, INC., also d/b/a KAISER PERMANENTE INFORMATION TECHNOLOGY, a California Corporation; and KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, and Does 1 to 10,<br><br>Defendants. | Case No. 08 CV 2353 LAB JMA<br><br>Honorable Larry A. Burns<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>Date:   December 14, 2009<br>Time:  11:15 a.m.<br>Ctrm:  9<br><br>Date Filed: December 18, 2008 |
|---|---|

/ / /

/ / /

/ / /

---

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT          Case No. 08 CV 2353 LAB JMA
LA1 6899414.1

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that defendants Kaiser Foundation Hospitals and
3  Kaiser Foundation Health Plan, Inc. do not oppose plaintiffs' motion for
4  preliminary approval of class settlement and motion for leave to file an amended
5  complaint.

6  DATED: September 8, 2009         SEYFARTH SHAW LLP

8                                   By   /s/ Mariana Aguilar
9                                         Mariana Aguilar
                                          Attorneys for Defendants
10                                  KAISER FOUNDATION HOSPITALS and
                                    KAISER FOUNDATION HEALTH PLAN,
11                                  INC.

---

1

NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND MOTION
FOR LEAVE TO FILE AN AMENDED COMPLAINT        Case No. 08 CV 2353 LAB JMA
LA1 6899414.1

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On September 8, 2009, I served the within documents:

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[X]  electronically by using the Court's ECF/CM System.

Norman B. Blumenthal
Kyle R. Nordrehaug
Aparajit Bhowmik
BLUMENTHAL, NORDREHAUG, BHOWMIK
2255 Calle Clara
La Jolla, California 92037
*(Via ECF/CM System)*

Walter Hines
UNITED EMPLOYEES LAW GROUP
65 Pine Avenue, Suite 312
Long Beach, California 90802
*(Via U.S. Mail)*

I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2009, at Los Angeles, California.

_____
Karla Villalobos-Roque

LA1 6899414.1