THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
JENNIFER S. ABRAMOWITZ, Cal. Bar No. 237233
jabramowitz@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  310-228-3700
Facsimile:   310-228-3701

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS and
KAISER FOUNDATION HEALTH PLAN, INC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yvette Smith, Tim Dodson, Molla Enger, as individuals, on behalf of themselves, and on behalf o all persons similarly situated<br><br>Plaintiff,<br><br>v.<br><br>Kaiser Foundation Hospitals, Inc, also d/ba/ Kaiser Permanente Information Technology, a California Corporation; and Kaiser Foundation Health Plan, Inc., a California Corporation, and Does 1 to 10,<br><br>Defendant. | Case No. 08 CV 02353 LAB (JMA)<br><br>**Request for Approval of Substitution of Attorney** |

Defendants, Kaiser Foundation Health Plan and Kaiser Foundation Hospitals, Inc. hereby requests that the Court approve the substitution of Sheppard Mullin Richter & Hampton as attorney of record in place and stead of Seyfarth Shaw LLP.

Dated: August 17, 2010

*Patricia Radez*

Patricia Radez for Defendants

W02-WEST:2XFM1\402859886.1                                    -1-

1 | I have given proper notice pursuant to Local Rule 83.3 and further consent to
2 | the above substitution.

3 | Date: August 17, 2010

/s/ Christian J. Rowley
Christian J. Rowley
Seyfarth Shaw LLP
Signature of Former Attorney

7 | I am duly admitted to practice in this District pursuant to local Rule 83-3.

8 | Date: August 17. 2010

/s/ Thomas R. Kaufman
Thomas R. Kaufman
Sheppard, Mullin, Richter & Hampton
Signature of New Attorney

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Los Angeles, CA 90067.

On **August 23, 2010**, I served the following document(s) described as REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**Norman B Blumenthal**
Blumenthal, Nordrehaug & Bhowmik
2255 Calle Clara
La Jolla, CA 92037

**Mariana Aguilar**
Seyfarth Shaw LLP
2029 Century Park East
Suite 3500
Los Angeles, CA 90067

☒ **BY ELECTRONIC SERVICE:** I caused the listed documents to be electronically filed through the CM/ECF System at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitute service of the electronically filed documents on all parties for purposes of the Federal Rules of civil Procedure

Executed on August 23, 2010, at Los Angeles, California.

/s/ Thomas R. Kaufman
Thomas R. Kaufman

W02-WEST:2TRK1\402862443.1                                -2-