# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE SMITH, TIM DODSON, MOLLA ENGER, as individuals, on behalf of themselves, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITALS, INC., also d/b/a KAISER PERMANENTE INFORMATION TECHNOLOGY, a California Corporation; and, KAISER FOUNDATION HEALTH PLAN, INC., a California Corporation, and Does 1 to 10,<br><br>Defendants. | **Case No.: 08-cv-02353-LAB-JMA**<br>(Class Action)<br><br>**ORDER AWARDING ATTORNEYS' FEES AND LITIGATION EXPENSES TO CLASS COUNSEL** |

This matter having come before the Court for hearing, pursuant to the order of this Court dated March 18, 2010, on the application of Plaintiffs for consideration of approval of the settlement and for consideration of the award of attorneys fees and costs.  Due and adequate notice having been given to the Class as required in said order, and the Court having considered all papers filed and

/ / /

proceedings had herein and otherwise being fully informed of the premises and good cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Court determines that an award of attorneys' fees and costs to class counsel under the common fund doctrine in the collective amount of $727,500, representing 25% of the $2,910,000 settlement value to the Class, is fair, reasonable and appropriate. Counsel for the Class performed work which benefitted the Class and expended substantial time and effort in litigating this matter. At the time this case was brought, the result was far from certain, and class counsel obtained very good results. The very substantial risks of this litigation could have resulted in the Class receiving nothing if the claims were litigated. Class Counsel was working on a contingent fee basis and had to forego other employment on other cases so as to devote the necessary time and resources to this case. An award of attorney's fees in this amount compares favorable to the accepted benchmark of attorney's fees awards in common fund cases.

For these reasons, the Court hereby awards $727,500 to Class Counsel as attorneys' fees to be paid in accordance with the terms of the Stipulation and Settlement Agreement.

2. The Court finds that the named Plaintiffs performed their duties and roles as the class representatives well. The Court hereby awards a class representative service award of $25,000 each to Plaintiffs Smith and Dodson and $20,000 to Plaintiff Enger, which the Court finds to be fair and reasonable, to be paid in accordance with the Settlement Agreement.

3. The Court further finds that class counsel advanced costs and incurred expenses in the amount of $12,942.48 on behalf of the Class. These costs and expenses were reasonably necessary in the prosecution of the matter, and therefore, the Court awards class counsel $12,942.48 for reimbursement of costs and expenses.

**IT IS SO ORDERED.**

DATED: November 5, 2010

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge